USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MILTON WILLIAMS,

                              Plaintiff,                        25-CV-1891 (DEH) (KHP)

       -against-                               **ORDER ADJOURNING INITIAL**
                                                        **CASE MANAGEMENT**
ATALLAH GROUP US INC.,                             **CONFERENCE**

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on May 21, 2025 (doc. no 10) the Initial Case Management Conference currently scheduled for **May 30, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:      New York, New York
                   May 22, 2025

                                                      _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge